

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Nova Mud, Inc., | § | No. 08-17-00147-CV |
| Appellant, | § | Appeal from the |
| v. | § | 109th District Court |
| Sandra H. Staley, Individually as | § | of Winkler County, Texas |
| Independent Executrix of the Estate of George G. Staley, Deceased, and as Trustee of the Tax Free Trust for Sandra | § | (TC# 15,683-B) |
| H. Staley, | § | |
| Appellees. | § | |
| | § | |

## O R D E R

The Court has considered the Appellants' joint motion to consolidate cases on appeal, and concludes the motion should be GRANTED. The above styled and numbered cause shall be consolidated with cause numbers 08-17-00145-CV, styled Acme Energy Services, Inc. d/b/a Big Dog Drilling v. Sandra H. Staley, Individually as Independent Executrix of the Estate of George G. Staley, Deceased, and as Trustee of the Tax Free Trust for Sandra H. Staley, 08-17-00146-CV, styled Endeavor Energy Resources, L.P. v. Sandra H. Staley, Individually as Independent Executrix of the Estate of George G. Staley, Deceased, and as Trustee of the Tax Free Trust for Sandra H. Staley, and 08-17-00148-CV, styled Acme Energy Services, Inc. d/b/a Rig Movers Express v. Sandra H. Staley, Individually as Independent Executrix of the Estate of George G. Staley, Deceased, and as Trustee of the Tax Free Trust for Sandra H. Staley, for purposes of briefing and oral argument only.

IT IS SO ORDERED this 2nd day of August, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.